**ORIGINAL**

February 21, 2012

US District Court Northern District Of Texas

Karen Mitchell, Clerk of Court

1100 Commerce St # 1452, Dallas, TX 75242



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 27 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

I James Kirk request to vacate subpoena Civil Action # 11-CV-09688-PKC, I received from Verizon from a complaint alleging I had downloaded or uploaded a movie from the internet. I am 62 years old, a retired police officer and a combat wounded disabled veteran. I DON'T illegally download anything from the internet.

3-12MC0030-G

Thank You

*James Kirk* (signature)

James Kirk

12 Moore Dr Bethpage, NY 11714

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Combat Zone Corp. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11-CV-09688-PKC |
| ) | |
| DOES 1-63 ) | (If the action is pending in another district, state where: |
| *Defendant* ) | Southern District of New York ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, Verizon Internet Services (hereinafter "ISP"), Legal Compliance
P.O. Box 1001, TXD01613, San Angelo, TX 76902

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Documents sufficient to identify the names, addresses, email addresses, and any other court-ordered information as set forth in the Order attached hereto as Attachment B of ISP's subscribers assigned the IP addresses identified on Attachment A on the corresponding dates at the corresponding times. You are to comply with this subpoena pursuant to the terms set forth in the Order attached hereto as Attachment B.

| Place: The Copyright Law Group, PLLC c/o BRS<br>400 East Royal Lane, Building Three, Suite 290<br>Irving, TX 75039 | Date and Time:<br>February 9, 2012 at 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: January 10, 2012

_____          _____
*CLERK OF COURT*                    OR       *Attorney's signature*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Combat Zone Corp. , who issues or requests this subpoena, are:
Mike Meier, The Copyright Law Group, PLLC, 4000 Legato Road, Suite 1100, Fairfax, VA 22033, Email: contact@copyrightdefenselawyer.com, Telephone: 888-407-6770



RECEIVED
FEB 27 2012

US District Court Northern Distirct of Texas
Karen Mitchell, Clerk of Court
1100 Commerce St # 1452
Dallas, TX 75242

7524219105S2

James Kirk
12 MOORE DR
BETHPGE, NY 11714