March 20, 2012

Honorable Judge Paul D. Stickney
Northern District of Texas
1100 Commerce Room 1452
Dallas, Texas 75242-1495

Dear Honorable Judge Stickney,

Please see attached papers I received from Copyright Law Group. This whole case is a scam.  I feel that they are trying to extort money from me for something I did not do or have any knowledge about. For this reason I am pleading not guilty to their allegation that I illegally down loaded pornography. I am forwarding this info to you so you can see what these people are up to.  How can they want to make a settlement with someone who did not violate copyright laws?

Judge Stickney, I am a 62 year old grandfather of 3, a combat wounded Viet Nam Vet, retired Lt from the NYPD, also retired from the Smithsonian Institution which I was Chief of Security for the Cooper Hewitt Museum for 14 years. I will be married to the same woman for 41 years this coming May. I am not into watching movies called Big Phat Onion Booty. I am more into comedies, action and war movies.

Thank You


James A Kirk