**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **COMBAT ZONE CORP,** )<br>  **Plaintiff,** )<br> )<br>v. )<br> )<br>**DOES 1-63,** )<br>  **Defendant,** )<br> )<br>v. )<br> )<br>**JAMES KIRK,** )<br>  **Movant.** ) | No. 3:12-MC-00030-G |

**ORDER OF DEFICIENCY**

Upon review of the papers and pleadings filed in the above styled and numbered cause, the following deficiencies appear:

( )   Complaint is not in compliance with Federal Rule of Civil Procedure 8(a).

( )   Signature of the attorney of record or each party proceeding *pro se* is required on each pleading, motion or other paper filed by that party.

( **X** )   A filing fee of $48 has not been paid nor has a proper request to proceed *in forma pauperis* been submitted.

( **X** )   A complete copy of the subpoena to Verizon including attachments A and B is required to be filed.

**The Clerk of the Court shall take the following indicated action:**

( **X** )   A true copy of this order shall be mailed to each plaintiff/petitioner or his/her attorney of record. No further process shall issue except upon order of the Court.

( **X** )   A form application to proceed *in forma pauperis* shall be mailed to each plaintiff/petitioner.

It is hereby **ORDERED** that petitioner shall cure each deficiency within twenty (20) days of the date of this order. Failure to comply with this order will result in a recommendation that the petition be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED, April 3, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE