**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| COMBAT ZONE CORP, )  | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-MC-00030-G |
| ) | |
| DOES 1-63, ) | |
|     Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES KIRK, ) | |
|     Movant. ) | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner, James Kirk, has neither paid the filing fee nor submitted a proper request to proceed *in forma pauperis*. The Court ordered Petitioner to cure the deficiency, and Petitioner has failed to comply. The Court recommends that this case be dismissed for failure to prosecute.

SIGNED, May 8, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

**INSTRUCTIONS FOR SERVICE AND**
**NOTICE OF RIGHT TO APPEAL/OBJECT**

The United States District Clerk shall serve a true copy of these findings, conclusions, and recommendation on the parties.  Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions, and recommendation must serve and file written objections within fourteen days after service of a copy.  A party filing objections must specifically identify those findings, conclusions, or recommendation to which objections are being made.  The District Court need not consider frivolous, conclusory, or general objections.  A party's failure to file such written objections to these proposed findings, conclusions, and recommendation shall bar that party from a *de novo* determination by the District Court.   *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Additionally, any failure to file written objections to the proposed findings, conclusions, and recommendation within ten days after being served with a copy shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error.  *See Douglass v. United Servic* Willie E.  Hardeman's Motion to Appeal (doc.  407) and Motion for Summary Judgment (doc.  441). *es Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).