UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| COMBAT ZONE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISCELLANEOUS NO. |
| VS. | ) | |
| | ) | 3:12-MC-0030-G |
| DOES 1-63, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| JAMES KIRK, | ) | |
| | ) | |
| Movant. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted.

June 6, 2012.

_____
A. JOE FISH
**Senior United States District Judge**